## WILSON v. WILSON

No. 3031

November 8, 1933.                    26 P. (2d) 355.

See, also, 55 Nev. 57, 24 P. (2d) 317.

*James D. Finch,* for Appellant:

*Leon Shore,* for Respondent:

# OPINION

*Per Curiam:*

This case is now before us on appeal from an order granting the motion of the defendant for a change of venue. The plaintiff instituted his suit for a divorce in the Third judicial district court, in and for Lander County, Nevada. The defendant in apt time served notice of motion for a change of place of trial, the

ground thereof being that the defendant, at the time of the commencement of the suit and at all times since, was a resident of the city of Reno, Washoe County, Nevada, and that there is reason to believe that an impartial trial could not be had in Lander County, Nevada, pursuant to sections 8571 and 8572 N. C. L. The defendant filed her affidavit in support of said motion, wherein she stated that she was, at the time of the institution of the suit, and at all times since, a resident of Washoe County, Nevada, and in addition set forth facts showing that an impartial trial could not be had in said county of Lander.

On the day set for the hearing the plaintiff did not appear either by counsel or in person. The defendant appeared both in person and by counsel. On the hearing she gave testimony in support of her motion. The testimony is not before us, hence we must presume that it was sufficient to justify the court in granting the motion for a change of venue.

The order appealed from is affirmed. It is further ordered that remittitur issue instanter.